UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH
CASE NO. 5:10-CV-20-R

PATRICIA M. LEWIS                                                                                       PLAINTIFF

VS.

BLUEGRASS MARINE, LLC                                                                      DEFENDANT
_____

AGREED ORDER OF DISMISSAL
(Electronically Filed)
_____

Upon agreement of the parties hereto, and the Court being sufficiently advised that all matters in controversy between the parties have been settled,

IT IS ORDERED AND ADJUDGED that all claims asserted herein, or which could have been asserted herein, are hereby DISMISSED, with prejudice, each party to pay his/its own costs.

**Agreed to:**

HATFIELD LAW FIRM, PLLC
Attorneys for Plaintiff

By: s/ Matthew S. Hatfield, Esq. (with permission)

-and-

THE MILLER LAW FIRM, PLLC
Attorneys for Defendant

By: s/ Bobby R. Miller, Jr., Esq.
    2260 West Park Drive, Ste. 2
    Paducah, KY 42001